Joseph H. HOERN et al., Plaintiffs-Appellees,

v.

NEW BRITAIN MACHINE COMPANY, a Connecticut corporation, Defendant-Appellant.

No. 14315.

United States Court of Appeals
Sixth Circuit.

Feb. 10, 1961.

Heilman & Purcell, Saginaw, Mich., for plaintiffs-appellees.

Higgs & Higgs, Bay City, Mich., Mitchell & Bechert, New York City, for defendant-appellant.

Before CECIL, WEICK and O'SULLIVAN, Circuit Judges.

ORDER.

The motion to dismiss the appeal in the above case is hereby granted. Collier v. Picard, 6 Cir., 1956, 237 F.2d 234.

UNITED STATES of America, Plaintiff-Appellee,

v.

AUTOMATIC HEATING & EQUIPMENT CO., Defendant,

Park National Bank, Defendant-Appellant.

No. 14274.

United States Court of Appeals
Sixth Circuit.

Feb. 21, 1961.

Fred E. Youngman, Department of Justice, Washington, D. C., Charles K. Rice, Asst. Atty. Gen., Meyer Rothwacks, Attorney, Department of Justice, Washington, D. C., and John C. Crawford, Jr., U. S. Atty., John F. Dugger, Asst. U. S. Atty., Knoxville, Tenn., on brief, for plaintiff-appellee.

William W. Davis, Knoxville, Tenn., M. W. Egerton, Egerton, McAfee, Armistead & Davis, Knoxville, Tenn., on brief, for defendant-appellant.

Before McALLISTER, Chief Judge, MILLER, Circuit Judge, and THORNTON, District Judge.

ORDER.

The above cause coming on to be heard on the record, the briefs of the parties and the argument of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged and decreed that the order of the District Court, that the defendant, Park National Bank, pay over to the plaintiff, United States of America, all funds which it is holding in escrow in a savings account in the joint names of itself and the District Director of Internal Revenue, in the amount of $7,685.78, plus any interest which has accrued on said savings account, upon surrender of the passbook for said savings account to the defendant, Park National Bank, be and is hereby affirmed on the opinion of Judge Robert L. Taylor, reported in 181 F.Supp. 924.

SUPERIOR COMBUSTION INDUSTRIES, Appellant,

v.

SCHOLLMAN BROS. CO.

No. 16600.

United States Court of Appeals
Eighth Circuit.

Feb. 14, 1961.

Tyler B. Gaines and William B. Woodruff, Omaha, Neb., for appellant.

Schmid, Snow & Ford, Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed on dismissal by appellant. See also 8 Cir., 271 F.2d 357.